AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KOLLAR-KOTELLY, COLLEEN | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | D.C. Superior Court Retirement Plan |
| 2. | |
| 3. | |

RECEIVED
MAY 19 11 00 AM '06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2005 | D.C. Superior Court Retirement Fund | $ 99,606.60 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed (Lawyer) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Rehoboth Beach, DE | D | Rent | M | W | | | | | |
| 2. Riggs National Bank | | None | J | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 5. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 6. Dickstein, Shapiro, Morin & Oshinsky Capital Account | D | Interest | M | T | | | | | |
| 7. Capital Realty Investors II L.P. | C | Dividend | J | U | | | | | |
| 8. Ardsley/Park Hoover Limited Partnership | | None | K | U | | | | | |
| 9. Ardsley/Cumberland Associates Limited Partnership | | None | J | U | | | | | |
| 10. Ardsley/Arlington Associates Limited Partnership | | None | K | U | | | | | |
| 11. DSM Poseidon L.L.C. | | None | J | U | | | | | |
| 12. Bank of New York Com. Stock | A | Dividend | K | T | | | | | |
| 13. Capital One Fin. Com. St. | A | Dividend | K | T | | | | | |
| 14. General Electric Com. St. | A | Dividend | K | T | | | | | |
| 15. Money Store Notes | B | Interest | K | T | | | | | |
| 16. Schwab Money Market Fund | C | Dividend | M | T | | | | | |
| 17. USX Marathon Group Notes | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bethlehem Steel Notes | | None | J | T | | | | | |
| 19. HMH Properties Notes | A | Interest | J | T | Part Redeem | 04/11 | J | A | |
| 20. DR Horton Notes | B | Interest | K | T | | | | | |
| 21. ITT Corp. Notes | B | Interest | | | Redeem | 11/15 | K | | |
| 22. Pacificorp Notes | A | Interest | | | Redeem | 04/01 | K | | |
| 23. Sterling One Industrial LLC | D | Dividend | K | U | | | | | |
| 24. Burlington Resources Com. St. | A | Dividend | L | T | Partial Sale | 09/14 | J | D | |
| 25. Pfizer Com. St. | A | Dividend | K | T | | | | | |
| 26. Allied Capital Com. St. | A | Dividend | | | Sell | 03/09 | K | D | |
| 27. Honeywell Com. St. | A | Dividend | | | Partial Sale | 02/16 | J | A | |
| 28. Honeywell Com. St. | A | Dividend | | | Partial Sale | 03/07 | J | A | |
| 29. Honeywell Com. St. | A | Dividend | | | Sell | 07/25 | K | C | |
| 30. McKesson Com. St. | A | Dividend | | | Sell | 05/23 | K | A | |
| 31. American Electric Power Notes | A | Interest | J | T | Part Redeem | 04/15 | K | A | |
| 32. National Rural Utilities Notes | B | Interest | K | T | | | | | |
| 33. International Lease Financial Co. Notes | B | Interest | K | T | | | | | |
| 34. Royal Caribbean Notes | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Federal Home Loan Bank Bonds | B | Interest | L | T | | | | | |
| 36. Federal Farm Credit Bank Bonds | B | Interest | K | T | | | | | |
| 37. General Dynamics Corp. Com. St. | A | Dividend | | | Sell | 01/27 | K | D | |
| 38. EMC Corp. Com. St. | | None | K | T | | | | | |
| 39. Freeport McMoran Copper & Gold, Inc. Com. St. | B | Dividend | K | T | Sell | 09/23 | K | A | |
| 40. MCG Capital Corp. Com. St. | B | Dividend | J | T | | | | | |
| 41. Anheuser Busch Co. Inc. Com. St. | A | Dividend | K | T | | | | | |
| 42. Boston Scientific Corp. Com. St. | | None | J | T | | | | | |
| 43. Nokia Corp. ADR Com. St. | A | Dividend | K | T | | | | | |
| 44. Tempur Pedic Intl. Com. St. | | None | K | T | Buy | 09/14 | J | | |
| 45. Wellpoint Inc. Com. St. | | None | | | Partial Sale | 01/06 | J | C | |
| 46. Wellpoint Inc. Com. St. | | None | | | Stock Split | 05/31 | J | | |
| 47. Wellpoint Inc. Com. St. | | None | | | Sell | 06/17 | K | E | |
| 48. Home Depot Inc. Com. St. | A | Dividend | K | T | | | | | |
| 49. Apache Corp. Com. St. | A | Dividend | K | T | | | | | |
| 50. Consolidated Edison Com. St. | B | Dividend | K | T | | | | | |
| 51. Affiliated Computer Com. St. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sovereign Bankcorp Com. St. | A | Dividend | | | Sell | 11/14 | K | A | |
| 53. Streettracks Gold Trust Com. St. | | None | K | T | | | | | |
| 54. Diageo CAP PLC - Notes | A | Interest | | | Redeem | 03/15 | K | | |
| 55. Citigroup Inc. Notes | B | Interest | K | T | | | | | |
| 56. U.S. Treasury Notes | A | Interest | K | T | Buy | 03/30 | K | | |
| 57. U.S. Treasury Notes | A | Interest | K | T | Buy | 08/05 | K | | |
| 58. Florida Community Bank Certificate of Deposit | A | Interest | K | T | Buy | 08/31 | K | | |
| 59. First Bank PR Certificate of Deposit | | None | K | T | Buy | 09/08 | K | | |
| 60. Anadarko Petroleum Com. St. | A | Dividend | | | Buy | 02/16 | K | | |
| 61. Anadarko Petroleum Com. St. | A | Dividend | | | Sell | 03/10 | K | A | |
| 62. Watts Water Tech Com. St. | A | Dividend | K | T | Buy | 02/16 | K | | |
| 63. Commercial Metals Com. St. | A | Dividend | K | T | Buy | 03/09 | K | | |
| 64. Harris Corp. Com. St. | A | Dividend | | | Buy | 05/23 | K | | |
| 65. Harris Corp. Com. St. | A | Dividend | | | Partial Sale | 09/09 | J | B | |
| 66. Harris Corp. Com. St. | A | Dividend | | | Sell | 10/25 | K | C | |
| 67. Exxon Com. St. | | None | | | Buy | 06/08 | K | | |
| 68. Exxon Com. St. | | None | | | Sell | 06/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Amgen Inc. Com. St. | | None | K | T | Buy | 11/23 | K | | |
| 70. Eaton Corp. Com. St. | A | Dividend | K | T | Buy | 06/17 | K | | |
| 71. Scientific Atlanta Com. St. | A | Dividend | | | Buy | 09/14 | K | | |
| 72. Scientific Atlanta Com. St. | A | Dividend | | | Sell | 11/23 | K | B | |
| 73. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Buy | 09/22 | K | | |
| 74. Dover Corp. Com. St. | | None | K | T | Buy | 11/30 | K | | |
| 75. U.S. Bankcorp Com. St. | | None | K | T | Buy | 12/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date    5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY ▓▓▓ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN   CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544